THE HON. BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEROME TURNER and EVA TURNER, a marital community,<br><br>               Plaintiffs,<br><br>   v.<br><br>STATE FARM FIRE AND CASUALTY COMPANY, a foreign insurance company,<br><br>               Defendant. | No. 3:23-cv-05759-BHS<br><br>**STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** |

## I.    STIPULATION

The above-captioned parties, by and through their respective attorneys, having mutually resolved this dispute, hereby stipulate that this matter be dismissed with prejudice and without an award of attorney fees or costs to any party and that the Order below dismissing those claims with prejudice may be entered.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATED GENERAL JUDGMENT OF DISMISSAL
WITH PREJUDICE – Page 1
No. 3:23-cv-05759-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

DATED this 6th day of November 2024.

| MALONEY LAUERSDORF REINER PC | FOREMAN STURM & THEDE LLP |
|---|---|
| By: */s/ Francis J. Maloney*<br>Francis J. Maloney, WSBA No. 45081<br>Abby Michaels, WSBA No. 36043<br>Maloney Lauersdorf Reiner PC<br>1111 E Burnside St., Ste. 300<br>Portland, OR 97214-1850<br>Telephone: (503) 972-8172<br>Email: fjm@mlrlegalteam.com<br>Email: am@mlrlegalteam.com<br><br>*Attorneys for Defendant* | By: */s/ Nicholas A. Thede*<br>Nicholas A. Thede, WSBA No. 43765<br>Kyle A. Sturm, *pro hac vice forthcoming*<br>Scott A. MacLaren, WSBA No. 53241<br>Foreman Sturm & Thede LLP<br>3519 NE 15th Ave. # 489<br>Portland, Oregon 97212<br>Telephone: (503) 477-4693<br>Email: kyle.sturm@foremansturm.com<br>Email: nick.thede@foremansturm.com<br>Email: scott@foremansturm.com<br><br>*Attorneys for Plaintiff* |

## I.  ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore;

IT IS SO ORDERED that all claims by and between the parties be dismissed with prejudice and without award of attorney fees or costs to any party.

DATED this 7th day of November 2024.

_____
HON. BENJAMIN H. SETTLE

[PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE – Page 2
No. 3:23-cv-05759-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

DATED this 6th day of November 2024.

| MALONEY LAUERSDORF REINER PC | FOREMAN STURM & THEDE LLP |
|---|---|
| By:    */s/ Francis J. Maloney* <br> Francis J. Maloney, WSBA No. 45081 <br> Abby Michaels, WSBA No. 36043 <br> Maloney Lauersdorf Reiner PC <br> 1111 E Burnside St., Ste. 300 <br> Portland, OR 97214-1850 <br> Telephone: (503) 972-8172 <br> Email: fjm@mlrlegalteam.com <br> Email: am@mlrlegalteam.com <br><br> *Attorneys for Defendant* | By:   */s/ Nicholas A. Thede* <br> Nicholas A. Thede, WSBA No. 43765 <br> Kyle A. Sturm, *pro hac vice forthcoming* <br> Scott A. MacLaren, WSBA No. 53241 <br> Foreman Sturm & Thede LLP <br> 3519 NE 15th Ave. # 489 <br> Portland, Oregon 97212 <br> Telephone: (503) 477-4693 <br> Email: kyle.sturm@foremansturm.com <br> Email: nick.thede@foremansturm.com <br> Email: scott@foremansturm.com <br><br> *Attorneys for Plaintiffs* |

PLAINTIFFS' MOTION TO COMPEL – Page 3
Case No.: 3:23-cv-05759-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 6th Day of November 2024, the foregoing **[PROPOSED] STIPULATED GENERAL JUDGMENT OF DISMISSAL WITH PREJUDICE** was caused to be served upon the following party's counsel of record via E-mail and the courts Electronic Filing System.

> Francis J. Maloney
> Abby Michels
> Maloney Lauersdorf Reiner
> 1111 E. Burnside St., Ste 300
> Portland, OR 97214
> Ph: (503) 245-1518
> fjm@mlrlegaleam.com
> am@mlrlegalteam.com
>
> *Attorneys for Defendant State Farm Fire and Casualty Company*

FOREMAN STURM & THEDE, LLP

By: */s/ Nicholas A. Thede*
    Nicholas A. Thede, WSBA No. 43765

*Of Attorneys for Plaintiffs Jerome Turner and Eva Turner*

CERTIFICATE OF SERVICE – Page 1
Case No.: 3:23-cv-05759-BHS

FOREMAN STURM & THEDE, LLP
3519 NE 15th Avenue #489
Portland, Oregon 97212
Telephone: 503.206.5824